UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                     CRIMINAL ACTION NO. 2:09-00091

**PAUL EDWARD WEBB, JR.**

SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER

On May 21, 2014, the United States of America appeared by Erik S. Goes, Assistant United States Attorney, and the defendant, Paul Edward Webb, Jr., appeared in person and by his counsel, Gregory J. Campbell, for a hearing on the petition on supervised release submitted by United States Probation Officer Douglas W. Smith.  The defendant commenced a thirty-two month term of supervised release in this action on January 24, 2014, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on November 21, 2013.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant used and possessed morphine without a prescription as evidenced by positive urine specimens submitted by him on March 21 and 27, and April 3 and 8, 2014, and his admission to the probation officer on March 28, 2014, that he had used morphine without a prescription on March 24, 2014, and his admission to the probation officer on April 4, 2014, that he had nasally ingested morphine without a prescription on April 1, 2014; (2) the defendant failed to report for individual treatment sessions as instructed at Pyramid Counseling on March 26 and April 1 and 15, 2014; and (3) the defendant failed to abide by the special condition that he spend six months in a community confinement center inasmuch as he entered Dismas Charities on January 24, 2014, and was discharged on April 18, 2014, for failure to comply with the program rules; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS, to be followed by a term of twenty-six (26) months of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime.  The court reimposes

restitution in the amount of $16,427.36 and the defendant shall make payments as directed heretofore.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: June 9, 2014

_____
John T. Copenhaver, Jr.
United States District Judge

4